AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Nevada

Ian Christopher O'Connell; Musion Events Ltd.; Musion 3D Ltd.; Musion IP Ltd.; and Holicom Films Ltd.

V.

Hologram USA, Inc.; MDH Hologram Limited; and Uwe Maass

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:16-cv-00557-GMN-NJK

TO: (Name and address of Defendant)

Hologram USA, Ltd.; MDH Hologram Limited, and Uwe Maass
c/o McDonald Carano Wilson LLP
2300 West Sahara Avenue, Ste 1200
Las Vegas, NV 89101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James V. Fazio, Trevor Q. Coddington, Ph.D.
San Diego IP Law Group LLP
12526 High Bluff Drive, Ste 300
San Diego, CA 92130

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK   DATE

(By) DEPUTY CLERK