UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IAN CHRISTOPHER O'CONNELL, *et al.*,<br><br>             Plaintiffs,<br>    vs.<br><br>HOLOGRAM USA, INC., *et al.*,<br><br>             Defendants. | Case No.: 2:16-cv-00557-GMN-NJK |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs Ian Christopher O'Connell, Musion Events Ltd., Musion 3D Ltd., Musion IP Ltd., and Holicom Films Ltd. have failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendants Hologram USA, Inc., MDH Hologram Limited and Uwe Maass pursuant to Fed. R. Civ. P. 4(m).

IT IS THEREFORE ORDERED that the action is hereby dismissed without prejudice as to Defendants Hologram USA, Inc., MDH Hologram Limited and Uwe Maass.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to CLOSE this case.

**DATED** this   10   day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court